IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHARLES & SANDRA SCHOFFSTALL,   :

    Plaintiffs,   :

vs.   :   Case No. MJG 01-CV-3419

LARRY N. BARRON,   :

    Defendant.   :

### PRAECIPE OF DISMISSAL

TO THE CLERK:

Please enter the above captioned matter as "SETTLED, SATISFIED AND DISMISSED WITH PREJUDICE."

_____
Cyrus S. Picken, Jr. #07690
Attorney for Defendant
4200 Parliament Place
Suite 204
Lanham, Maryland 20706
(301) 306-4806

_____
Timothy Brown
Attorney for Plaintiff
7305 Baltimore Avenue
Suite 305
College Park, MD 20740
(301) 277-9171

Date: 3/13/02

Approved this 16th day of April, 2002

Marvin J. Garbis
United States District Judge